# CRIMINAL CASE COVER SHEET

By: ☐ INDICTMENT ☑ SUPERSEDING Case Number: 2:24-CR-19
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

DCLC2

USA v. SALMA ABDALKAREEM

☑ Felony ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)* ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A ☐ Zone B

Name of Assigned AUSA: MAC D. HEAVENER, III

Matter Sealed: ☑ YES ☐ NO   Place of Offense: Washington Co. TN

☑ Interpreter Required   Language: _____

Issue: ☐ WARRANT ☐ SUMMONS ☐ WRIT (Motion to be filed)

Arresting Agency: ☐ DEA ☐ ATF ☐ USMS ☐ FBI ☑ Other: In USMS Custody

Current Trial Date (if any): 11/05/2024   before Judge CORKER

☑ Criminal Complaint Filed   Case Number: 2:24-CR-19
☐ Defendant on Supervised Release   Case Number: _____

Related Case/Attorney:
Case Number 2:23-MJ-243   Attorney _____
Reason for Related Case Determination: Prior Complaint

Defense Counsel (if any): Nikki Pierce
☑ Federal Defender ☐ CJA ☐ Retained

Appointed by Target Letter   Case Number: _____
Appointed in Pending Indictment   Case Number: _____

CHARGES:   Total # of Counts for this Defendant: 38

| Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|
| 18 USC 371 | Conspiracy to Impersonate, Stalk, and Commit ID Theft | N | | 1 |
| 18 USC 1349 | Conspiracy to Commit Wire and Mail Fraud | N | | 2 |
| 18 USC 1956(h) | Conspiracy to Commit Money Laundering | N | | 3 |

(Attach additional page, if needed)

Attorney Signature: Mac D. Heavener, III

# CRIMINAL CASE COVER SHEET

Case Number: 2:24-CR-19

USA v. Salma Abdalkareem

(Continued from Page 1)

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| | 18 USC 2261A(2)(B), 2261(b)(1) and 2 | Aggravated Stalking w/Resulting Death | N | | 4 |
| | 18 USC 1343 and 2 | Wire Fraud | N | | 5 - 24 |
| | 18 USC 1341 and 2 | Mail Fraud | N | | 25-28 |
| | 18 USC 1956(a)(1)(B) and 2 | Money Laundering (less than $10K) | N | | 29 |
| | 18 USC 1957(a) and 2 | Money Laundering (more than $10K) | N | | 30-33 |
| | 18 USC 912 and 2 | Impersonating an Officer of the United States | N | | 34-35 |
| | 18 USC 1028A(a)(1) and 2 | Aggravated Identity Theft | N | | 36-38 |

Revised 3/30/21

# CRIMINAL CASE COVER SHEET

**By:** ☐ INDICTMENT  ☑ SUPERSEDING  Case Number: 2:24-CR-19
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

DCLC2

**USA v.** CHINAGOROM ONWUMERE

☑ Felony  ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)*  ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases: ☐ Zone A  ☐ Zone B

**Name of Assigned AUSA:** MAC D. HEAVENER, III

**Matter Sealed:** ☑ YES  ☐ NO  **Place of Offense:** Washington Co. TN

☐ Interpreter Required  Language: ___

**Issue:** ☐ WARRANT  ☐ SUMMONS  ☐ WRIT (Motion to be filed)

**Arresting Agency:** ☐ DEA ☐ ATF ☐ USMS ☐ FBI ☑ Other: In USMS Custody

**Current Trial Date (if any):** 11/05/2024  **before Judge** CORKER

☑ Criminal Complaint Filed  **Case Number:** 2:24-CR-19
☐ Defendant on Supervised Release  **Case Number:** ___

**Related Case/Attorney:**
Case Number 2:23-MJ-243  Attorney L. Dudley Senter
Reason for Related Case Determination: Prior Complaint

**Defense Counsel (if any):** L. Dudley Senter
☐ Federal Defender  ☑ CJA  ☐ Retained

Appointed by Target Letter  Case Number: ___
Appointed in Pending Indictment  Case Number: ___

**CHARGES:** Total # of Counts for this Defendant: 38

| Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|
| 18 USC 371 | Conspiracy to Impersonate, Stalk, and Commit ID Theft | N | | 1 |
| 18 USC 1349 | Conspiracy to Commit Wire and Mail Fraud | N | | 2 |
| 18 USC 1956(h) | Conspiracy to Commit Money Laundering | N | | 3 |

(Attach additional page, if needed)

**Attorney Signature** Mac D. Heavener, III

CRIMINAL CASE COVER SHEET

Case Number: 2:24-CR-19

USA v. Chinagorom Onwumere

(Continued from Page 1)

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| | 18 USC 2261A(2)(B), 2261(b)(1) and 2 | Aggravated Stalking w/Resulting Death, A&A | N | | 4 |
| | 18 USC 1343 and 2 | Wire Fraud, Aiding and Abetting | N | | 5 - 24 |
| | 18 USC 1341 and 2 | Mail Fraud, Aiding and Abetting | N | | 25-28 |
| | 18 USC 1956(a)(1)(B) and 2 | Money Laundering (less than $10K), A&A | N | | 29 |
| | 18 USC 1957(a) and 2 | Money Laundering (more than $10K), A&A | N | | 30-33 |
| | 18 USC 912 and 2 | Impersonating an Officer of the United States, A&A | N | | 34-35 |
| | 18 USC 1028A(a)(1) and 2 | Aggravated Identity Theft, A&A | N | | 36-38 |

# CRIMINAL CASE COVER SHEET

By: ☐ INDICTMENT ☑ SUPERSEDING Case Number: 2:24-CR-19
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

DCLC2

USA v. STEPHEN O. ANAGOR

☑ Felony ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)* ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A ☐ Zone B

Name of Assigned AUSA: MAC D. HEAVENER, III

Matter Sealed: ☑ YES ☐ NO    Place of Offense: Washington Co. TN

☐ Interpreter Required  Language: _____

Issue: ☑ WARRANT ☐ SUMMONS ☐ WRIT (Motion to be filed)

Arresting Agency: ☐ DEA ☐ ATF ☐ USMS ☐ FBI ☑ Other: HSI Peter Evans

Current Trial Date (if any): 11/05/2024    before Judge CORKER

☐ Criminal Complaint Filed    Case Number: 2:24-CR-19

☐ Defendant on Supervised Release    Case Number: _____

Related Case/Attorney:

Case Number _____    Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): _____

☐ Federal Defender    ☐ CJA    ☐ Retained

Appointed by Target Letter    Case Number: _____
Appointed in Pending Indictment    Case Number: _____

CHARGES:    Total # of Counts for this Defendant    38

| Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|
| 18 USC 371 | Conspiracy to Impersonate, Stalk, and Commit ID Theft | N | | 1 |
| 18 USC 1349 | Conspiracy to Commit Wire and Mail Fraud | N | | 2 |
| 18 USC 1956(h) | Conspiracy to Commit Money Laundering | N | | 3 |

(Attach additional page, if needed)

Attorney Signature    Mac D. Heavener, III

CRIMINAL CASE COVER SHEET

Case Number 2:24-CR-19

USA v. Stephen O. Anagor

(Continued from Page 1)

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| | 18 USC 2261A(2)(B), 2261(b)(1) and 2 | Aggravated Stalking w/Resulting Death, A&A | N | | 4 |
| | 18 USC 1343 and 2 | Wire Fraud, Aiding and Abetting | N | | 5 - 24 |
| | 18 USC 1341 and 2 | Mail Fraud, Aiding and Abetting | N | | 25-28 |
| | 18 USC 1956(a)(1)(B) and 2 | Money Laundering (less than $10K), A&A | N | | 29 |
| | 18 USC 1957(a) and 2 | Money Laundering (more than $10K), A&A | N | | 30-33 |
| | 18 USC 912 and 2 | Impersonating an Officer of the United States, A&A | N | | 34-35 |
| | 18 USC 1028A(a)(1) and 2 | Aggravated Identity Theft, A&A | N | | 36-38 |